IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-561-RJC-DCK

| | |
|---|---|
| LAFAYETTE LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| MARTHA COLE, | ) ) |
| Defendant. | ) ) ) |

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) filed by Sean C. Wagner, concerning Jason A. Walters on November 21, 2017. Mr. Jason A. Walters seeks to appear as counsel *pro hac vice* for Plaintiff The Lafayette Life Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) is **GRANTED.** Mr. Jason A. Walters is hereby admitted *pro hac vice* to represent Plaintiff The Lafayette Life Insurance Company.

**SO ORDERED**.

Signed: November 21, 2017

David C. Keesler
United States Magistrate Judge