# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Lafayette Life Insurance Company**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00561-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Martha Cole**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 1, 2018 Order.

October 1, 2018

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court